UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 18-24920-CIV-MORENO**

SHEMEKKA PATRICE ADAMS,

        Plaintiff,

vs.

ANDREW SAUL, Acting Commissioner of
Social Security,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LOUIS'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lauren F. Louis, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion for Attorney's Fees, filed on **March 13, 2020**. The Magistrate Judge filed a Report and Recommendation (**D.E. 37**) on **September 18, 2020**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues. The Court notes that no objections have been filed and the time for doing so has now passed. Being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Lauren F. Louis's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's Motion for Attorney's Fees is GRANTED in part. The Court awards Plaintiff $6,885.48 in attorney's fees to be paid from the Social Security Administration appropriations, subject to review as to whether Plaintiff owes a debt to the United States. For which

2

sum let execution issue.

      DONE AND ORDERED in Chambers at Miami, Florida, this 6th of October 2020.

*Federico A. Moreno*

_____
      FEDERICO A. MORENO
      UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lauren F. Louis

Counsel of Record